UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-21251-CIV-DAMIAN/AUGUSTIN-BIRCH

**RAUL JIMENEZ**,

    Plaintiff,

v.

**FRANK BISIGNANO**,
Commissioner of Social Security,

    Defendant.

_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING PLAINTIFF'S UNOPPOSED PETITION FOR ATTORNEY FEES

**THIS CAUSE** is before the Court upon the Report and Recommendation ("R&R") of the Honorable Panayotta Augustin-Birch, United States Magistrate Judge [ECF No. 23], regarding Plaintiff, Raul Jimenez's ("Plaintiff"), Unopposed Petition for Attorney Fees [ECF No. 22] ("Motion"), filed May 15, 2025. In her R&R, Magistrate Judge Augustin-Birch recommends that Plaintiff's Motion be granted and that the Court award $10,900 in attorney's fees. The parties have not filed objections to the R&R, and the time to do so has passed.[1]

---

[1] When no party has timely objected, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72 advisory committee's notes (citation omitted). Although Rule 72 itself is silent on the standard of review, the Supreme Court has acknowledged Congress's intent was to only require a *de novo* review where objections have been properly filed, not when neither party objects. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate [judge]'s factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings.").

THE COURT has reviewed the R&R, the Motion, and the relevant record and agrees with the reasoning and recommendations set forth therein. Finding no clear error, the Court **AFFIRMS** and **ADOPTS** Judge Augustin-Birch's R&R [ECF No. 23]. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Unopposed Petition for Attorney Fees [**ECF No. 22**] is **GRANTED**.
2. Plaintiff is awarded **$10,900** in attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).
3. If the Commissioner concludes that Plaintiff does not owe any debt to the government, the Commissioner may honor an assignment of fees to Plaintiff's counsel, Sarah H. Bohr.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 6th day of June, 2025.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record